PROB 12A
(7/93)

# United States District Court
## for
### District of New Jersey
### Report on Offender Under Supervision

RECEIVED
AUG 25 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Name of Offender: Nathaniel Bethea  
Cr.: 10-00215-001  
PACTS #: 57736

Name of Sentencing Judicial Officer:  THE HONORABLE ANNE E. THOMPSON  
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/27/2010

Original Offense: Distribution of Cocaine Base

Original Sentence: 120 months imprisonment, 60 months supervised release

Special Conditions: Gang Restriction, Drug/Alcohol Testing and Treatment, Life Skills Counseling, Mental Health Treatment, Special Assessment, Financial Disclosure

Type of Supervision: Supervised Release             Date Supervision Commenced: 06/07/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On July 23, 2017, the offender was arrested by members of the Hamilton Police Department and charged with simple assault/domestic violence. A narrative of the incident notes Bethea attempted to cause bodily injury to his fiancé: Ebony Rowell during the course of a verbal argument. The report notes, Rowell stated Bethea became enraged and began hitting her legs. Rowell stated Bethea picked her up and threw her against the wall causing visible redness and complaint of pain to the right side of her neck. The offender denied the allegations.<br><br>The charges are pending in Hamilton Municipal Court with no scheduled Court date. |

U.S. Probation Officer Action:
The offender has been verbally reprimanded for his noncompliance. Our office will continue to monitor the outcome of his pending charge and the status of his relationship. Our office will notify the Court of any additional instances of non-compliance and will consider referring him to the U.S. Probation Office's STOP (Domestic Violence/Anger-Management) Program if deemed appropriate.

In a telephone conversation with the alleged victim: Ebony Rowell on July 24, 2017, she denied any domestic violence in their relationship. Ms. Rowell indicated she called the police, out of anger, after a verbal argument over Bethea's infidelity and desire to delay their wedding plans. Ms. Rowell indicated

she wanted him to hurt the way she did. Reportedly, they are working things out in their relationship and she plans to dismiss the charges.

Respectfully submitted,
By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 07/26/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

8/18/17
_____
Date